

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00376-CR

**IN RE** John Newton **ALLEN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Sandee Bryan Marion, Justice
     Marialyn Barnard, Justice
     Luz Elena D. Chapa, Justice

Delivered and Filed: June 4, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On May 27, 2014, relator John Newton Allen filed a pro se petition for writ of mandamus. Allen was convicted and sentenced to life in prison in 1983 in a criminal proceeding conducted in the 2nd Judicial District Court located in Cherokee County, Texas.

The Texas Government Code provides that the intermediate courts of appeal in this state may issue writs necessary to enforce the jurisdiction of the court against judges of district or county courts located in the court of appeals district. TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). The 2nd Judicial District Court is located in Cherokee County, Texas, which is in the Twelfth Court of Appeals District. *See* TEX. GOV'T CODE ANN. §§ 24.102(a); 22.201(m) (West 2004 and Supp. 2013).

---

[1] This proceeding arises out of Cause No. 9630, styled *The State of Texas v. John Newton Allen*, pending in the 2nd District Court, Cherokee County, Texas, the Honorable Dwight L. Phifer presiding.

We conclude this court has no jurisdiction to address relator's petition which concerns a criminal proceeding over which a sister court of appeals would have appellate jurisdiction. Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH